| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA §
§
§
v. § NO. 1:14-CR-60
§
§
JASON RYAN BICKHAM §

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Judge's Report, the record, pleadings and all available evidence.

At the close of the revocation hearing, Judge Zack Hawthorn recommended:

1.    finding the Defendant violated the second allegation in the petition that he failed to follow a special condition of release;

2.    revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.    sentencing the defendant to a term of 24 months' imprisonment, to be served at the Federal Correctional Institution in Seagoville, Texas, if the Bureau of Prisons can accommodate such request, with 8 years of supervised release to follow. The court adopts the magistrate judge's findings for the imposition of the same standard, mandatory, and special conditions of supervised release previously imposed when the Defendant was originally sentenced and verbally imposed by the Magistrate Judge at the final revocation hearing (also listed in his Report and Recommendation).

At the close of the revocation hearing, the Defendant, defense counsel, and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant

also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Jason Ryan Bickham's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 7th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE